IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
No. 05-50090

United States Court of Appeals
Fifth Circuit

**F I L E D**

July 7, 2005

Charles R. Fulbruge III
Clerk

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ZULMA PALMA-GOMEZ also known as, Emily Elizabeth Alvarez

Defendant - Appellant

---------------------
Appeal from the United States District Court
for the Western District of Texas
(04-CR-1521)
---------------------

Before JOLLY, WIENER, and STEWART, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellee's unopposed motion to vacate the sentence is granted.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand the case to the Western District of Texas, El Paso Division for resentencing is granted.

IT IS FURTHER ORDERED that Appellee's alternative request for an extension of time to file the Appellee's brief 14 days

_____

*      Pursuant to 5th Cir. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.

from the denial of Appellee's motion to vacate and remand is denied.